**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6148**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

RYAN LEE ZATER,

             Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Cameron McGowan Currie, District Judge.  (3:00-cr-00626-CMC-1)

Submitted: April 16, 2015          Decided:  April 21, 2015

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed in part dismissed in part by unpublished per curiam opinion.

Ryan Lee Zater, Appellant Pro Se.  Stacey Denise Haynes, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ryan Lee Zater appeals the district court's order denying his motion for reduction of sentence. We agree with the district court that neither 18 U.S.C. § 3582(c)(2) (2012) nor Fed. R. Crim. P. 35 authorizes such a reduction, and we therefore affirm the district court's ruling.

The court also ruled that Zater's motion was, in effect, an unauthorized successive motion for relief under 28 U.S.C. § 2255 (2012) over which it lacked jurisdiction. The district court's determination that it lacked jurisdiction over a successive motion without authorization from this court is not debatable or wrong. 28 U.S.C. §§ 2244, 2253(c)(1)(B), 2255(h) (2012). Therefore, to the extent Zater seeks to challenge that decision, we deny a certificate of appealability and dismiss the appeal.

Accordingly, we affirm in part and dismiss in part. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED IN PART,
DISMISSED IN PART

2